DOUGLAS I. HORNGRAD
Attorney at Law
(State Bar No. 95086)
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone (415) 397-9509
Facsimile (415) 397-9519

Attorney for ADEDEJI SHAMONDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADEDEJI SHAMONDA,<br><br>Defendant. | Case No.: 3-24-cr-00319 TSH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM UNDER THE SPEEDY TRIAL ACT |

There is a status conference scheduled in this case for November 20, 2025 at 9:30 am. The parties, in the interests of efficiency, stipulate and respectfully request that the status conference be continued to January 8, 2026 or to a subsequent date deemed appropriate by the Court. The reason for this request is to allow defense counsel to review additional, recently-produced discovery in this case and to engage in continued discussions with government counsel about a potential resolution.

It is further stipulated by and between counsel for the United States and counsel for defendant ADEDEJI SHAMONDA, that time be excluded under the Speedy Trial Act from November 20, 2025 through January 8, 2026 (or the date set for the next status hearing by the

Court). The government and counsel for the defendant have agreed that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until January 8, 2026 (or the date set for the next status hearing by the Court) will allow for the effective preparation of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 20, 2025 through January 8, 2026 (or the date set for the next status hearing by the Court) from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A), (B)(iv).

The undersigned attorney certifies that he has obtained approval from government counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 18, 2025  /s/ *Michael G. Lagrama*
MICHAEL G. LAGRAMA
Assistant United States Attorney

DATED: November 18, 2025  /s/ *Samuel O'Keefe*
SAMUEL O'KEEFE
DOUGLAS I. HORNGRAD
Counsel for Defendant Adedeji Shamonda

## [PROPOSED] ORDER

Based on the parties' stipulation and for good cause shown, the status hearing set for November 20, 2025 is continued to January 8, 2026, at 9:30 a.m. Based on the parties' stipulation and for good cause shown, the Court also finds that failing to exclude the time from November 20, 2025 through January 8, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 20, 2025 through January 8, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 20, 2025 through January 8, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 18, 2025

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge