1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MICHAEL G. LAGRAMA (CABN 252734)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7241
7       Fax: (415) 436-7234
        Michael.Lagrama@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. 3:24-CR-00319-TSH
                                         )
14 |      Plaintiff,                     ) STIPULATED REQUEST TO CONTINUE
                                         ) STATUS HEARING AND EXCLUDE TIME
15 |   v.                                ) UNDER SPEEDY TRIAL ACT; ORDER
                                         )
16 | ADEDEJI SHAMONDA,                   )
                                         )
17 |      Defendant.                     )
                                         )
18

19      The parties respectfully request that the status hearing set for January 8, 2026, be continued to

20 February 5, 2026, or as soon as practicable thereafter.  Counsel for the United States has a schedule

21 conflict on January 8th, and the parties are still engaged in plea negotiations.

22      It is hereby also stipulated by and between counsel for the United States and counsel for Adedeji

23 Shamonda that time be excluded under the Speedy Trial Act from January 8, 2026 through February 5,

24 2026, for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  In response to defense

25 counsel's request, the government has produced additional discovery materials.  Defense counsel needs

26 more time to review this new production of discovery materials and consult with his client about the

27 evidence, and to engage in plea negotiations with the government.  The parties therefore stipulate and

28 agree that excluding time from January 8, 2026 through February 5, 2026, is necessary to allow for

effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 8, 2026 through February 5, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 31, 2025          */s/ Michael G. Lagrama*
                                   MICHAEL G. LAGRAMA
                                   Assistant United States Attorney

DATED: December 31, 2025          */s/ Samuel O'Keefe*
                                   SAMUEL O'KEEFE
                                   DOUGLAS I. HORNGRAD
                                   Counsel for Defendant Adedeji Shamonda

# [PROPOSED] ORDER

Based on the parties' stipulation and for good cause shown, the status hearing set for January 8, 2026 is continued to February 5, 2026, at 9:30 a.m. Based on the parties' stipulation and for good cause shown, the Court also finds that failing to exclude the time from January 8, 2026 through February 5, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 8, 2026 through February 5, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

1  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from
2  January 8, 2026 through February 5, 2026 shall be excluded from computation under the Speedy Trial
3  Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
4  IT IS SO ORDERED.

6  DATED: <u>December 31, 2025</u>

                                              HON. THOMAS S. HIXSON
                                              United States Magistrate Judge