DOUGLAS I. HORNGRAD (State Bar No. 95086)
SAM O'KEEFE (State Bar No. 267784)
Attorneys at Law
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone (415) 397-9509
Facsimile (415) 397-9519

Attorney for ADEDEJI SHAMONDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADEDEJI SHAMONDA,<br>Defendant. | Case No.: 3-24-cr-00319 TSH<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Jury Trial is scheduled in this case to begin on December 7, 2026, at 9:00 a.m., and is expected to last approximately a week. Additionally, a pretrial conference is scheduled for November 19, 2026, at 10:00 a.m. The parties, in the interests of efficiency and to accommodate the schedule of defense counsel, stipulate and respectfully request that the jury trial be continued to begin on Monday, March 15, 2027, with Pretrial Conference scheduled for Thursday, March 4, 2027, at 10:00 a.m.

The reason for this request is that counsel for defendant ADEDEJI SHAMONDA has a conflicting out of state family obligation with his 14 year old son that cannot be rescheduled. Previous counsel for the United States, Assistant United States Attorney Michael G. Lagrama, is no longer assigned to this case and his successor has yet to be appointed. In the interim, Assistant United States Attorney Nicholas Walsh, Chief of the General Crimes Section, is

handling this case. Mr. Walsh agrees to this continuance.

Given the conflict a reset to a later date is warranted. This request is the first for a continuance of the trial date in this matter and has been made as soon as Mr. Horngrad's conflict became apparent. This request is made in good faith and not for the purpose of delay, and neither party will be prejudiced by the brief continuance requested herein.

It is further stipulated by and between counsel for the United States and counsel for defendant ADEDEJI SHAMONDA, that time be excluded under the Speedy Trial Act from December 7, 2026 through March 15, 2027 (or any date set Jury Trial set by the Court). The government and counsel for the defendant have agreed that time be excluded under the Speedy Trial Act so that defense counsel can represent Mr. Shamonda at Trial. For this reason, the parties stipulate and agree that excluding time until March 15, 2027 (or the date set for the Jury Trial set by the Court) will allow for the effective preparation of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 7, 2026 through March 15, 2027 (or the date set for the Jury Trial by the Court) from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A), (B)(iv).

The undersigned attorney certifies that he has obtained approval from government counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 1, 2026

*<u>/s/ Nicholas Walsh</u>*
NICHOLAS WALSH
Assistant United States Attorney

DATED: September 1, 2026

*<u>/s/ Douglas Horngrad</u>*
DOUGLAS I. HORNGRAD
SAMUEL O'KEEFE
Counsel for Defendant Adedeji Shamonda

**~~[PROPOSED]~~ ORDER**

Based on the parties' stipulation and for good cause shown, the jury trial, scheduled in this case to begin on December 7, 2026, at 9:00 a.m., as well as the pretrial conference scheduled for November 19, 2026, at 10:00 a.m., is HEREBY ORDERED CONTINUED to begin on Monday, March 15, 2027, with a Pretrial Conference set on Thursday, March 4, 2027, at 10:00 a.m. All other scheduled dates are HEREBY VACATED.

Based on the parties' stipulation and for good cause shown, the Court also finds that failing to exclude the time from December 7, 2026, through March 15, 2027, would unreasonably deny defense counsel and the defendant effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 7, 2026, through March 15, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 7, 2026, through March 15, 2027, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 1, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge